UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-00002-BR

UNITED STATES OF AMERICA

v.                                                                      ORDER

MATTHEW JAMES JONES

This matter is before the court on defendant's 22 January 2021 "request for video arraignment" filed in response to the court's 21 January 2021 order. (DE # 10.) It appears that defendant, after consultation with counsel, wishes to proceed with his arraignment, currently set for 8 February 2021, by videoconference. It is not evident from the notice or the record in the case the specific reasons why arraignment cannot be further delayed without serious harm to the interests of justice. See Standing Order No. 20-SO-13 (E.D.N.C. Dec. 8, 2020). Accordingly, on or before 28 January 2021, defendant shall file a supplement to his notice with such information. The court emphasizes to defendant that because he is not in custody and intends to plead guilty to a felony, his presence in the courtroom will be required.

This 25 January 2021.

_____
W. Earl Britt
Senior U.S. District Judge