UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-00002-BR

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| MATTHEW JAMES JONES | |

This matter is before the court on defendant's "request for video arraignment" and supplement thereto filed in response to the court's order. (DE ## 10, 12.) It appears that defendant, after consultation with counsel, wishes to proceed with his arraignment by videoconference and that the government joins in defendant's request. Because defendant has entered into a plea agreement with the government and defendant's desire to promptly dispose of the charges against him, the court finds that arraignment cannot be further delayed without serious harm to the interests of justice. Arraignment is hereby SET for the 8 February 2021 session by videoconference. Defendant's presence in the courtroom is required.

This 29 January 2021.

_____
W. Earl Britt
Senior U.S. District Judge